IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**GINGER BEELER, Individually and on Behalf of All Others Similarly Situated**  **PLAINTIFF**

vs.       No. 5:21-cv-634

**COLONIAL MANAGEMENT GROUP, L.P., and METRO TREATMENT OF TEXAS, L.P.**       **DEFENDANTS**

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiff Ginger Beeler and Defendants Colonial Management Group, L.P. and Metro Treatment of Texas, L.P., by and through their undersigned counsel, for their Joint Stipulation of Dismissal Without Prejudice do state and allege as follows:

1. Plaintiff desires that this lawsuit be dismissed without prejudice.

2. Under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff may dismiss her lawsuit without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

3. Defendants have agreed that this case may be dismissed without prejudice.

WHEREFORE, premises considered, Plaintiff hereby dismisses her claims without prejudice.

        Respectfully submitted,

        **PLAINTIFF GINGER BEELER**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy., Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Merideth Q. McEntire
        Tex. Bar No. 24105123
        merideth@sanfordlawfirm.com

        */s/ Josh Sanford*
        Josh Sanford
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

And    **COLONIAL MANAGEMENT GROUP, L.P. and METRO TREATMENT OF TEAXAS, L.P., DEFENDANTS**

        SCHMOYER REINHARD LLP
        8000 IH 10 West, Suite 1600
        San Antonio, Texas, 78230

        Shannon B. Schmoyer
        Tex. Bar No. 17780250
        sschmoyer@sr-llp.com

        Christine E. Reinhard
        Tex. Bar No. 24013389
        creinhard@sr-llp.com

        */s/ Thomas N. Cammack, III*
        Thomas N. Cammack, III
        Tex. Bar No. 24073762
        tcammack@sr-llp.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Stipulation was filed via the CM/ECF system, and notice is provided to the following counsel:

Shannon B. Schmoyer
sschmoyer@sr-llp.com

Christine E. Reinhard
creinhard@sr-llp.com

Thomas N. Cammack, III
tcammack@sr-llp.com

                                             */s/ Josh Sanford*
                                             **Josh Sanford**